40 F.3d 1240
 Pens. Plan Guide P 23905N
Kuehnen (Dean P., Sr., Dana, Dean P., Jr.)
v.
International Brotherhood of Electrical Workers, Local Union
400 Welfare Fund, Local 400 International Brotherhood of
Electrical Workers, O'Donnell Insurance Services, John Doe
1-6; Appeal of International Brotherhood of Electrical
Workers, Local 400 Welfare Fund, International Brotherhood
of Electrical Workers, Local 400, O'Donnell Insurance Services
 NO. 94-5084
 United States Court of Appeals,
Third Circuit.
 Oct 17, 1994
 Appeal From: D.N.J., No. 92-02245
 
 1
 REMANDED.